**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ERNEST DEAN WADE                          )
ADC # 88041                               )
    Petitioner,                           )          **Case No. 5:11-CV-00279 JMM-JTK**
                                          )
v.                                        )
                                          )
RAY HOBBS, Director,                      )
Arkansas Department of Correction         )
    Respondent.                           )

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED,

ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 25th day of June, 2012.


_____
James M. Moody
United States District Judge